EGERER, Appellant, v. MANUFACTURERS' NAT. BANK OF BROOKLYN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by August Egerer against the Manufacturers' National Bank of Brooklyn and others. H.

R. Lhowe, of New York City, for appellant. F. L. Gross, of Brooklyn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.